IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ISAIAH SMITH**
**ADC #181881**                                                          **PLAINTIFF**

v.                          No. 2:25-cv-57-DPM

**CURTIS GRAHM, Corporal, Delta**
**Regional Unit, ADC and ANTERIO**
**MATTHEWS, Sergeant, Delta Regional**
**Unit, ADC**                                                          **DEFENDANTS**

### ORDER

Unopposed recommendation, *Doc. 9*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 July 2025