IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ISAIAH SMITH**
**ADC #181881**                                                                                          **PLAINTIFF**

v.                              No. 2:25-cv-57-DPM

**CURTIS GRAHM, Corporal, Delta**
**Regional Unit, ADC and ANTERIO**
**MATTHEWS, Sergeant, Delta Regional**
**Unit, ADC**                                                                                          **DEFENDANTS**

## JUDGMENT

Smith's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 July 2025